IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINDEE MAHONY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSTENS, INC.,<br><br>　　　　　Defendant. | CASE: 1:16–CV–00767–DWM<br><br>ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 20 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot. The jury trial set for December 5, 2017, is VACATED.

DATED this 6th day of June, 2017.

　　　　　　　　　　　　　　　　　/s/ Donald W. Molloy   4:18 P.M.
　　　　　　　　　　　　　　　　　Donald W. Molloy, District Judge
　　　　　　　　　　　　　　　　　United States District Court