IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINDEE MAHONY, | CASE: 1:16–CV–00767–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JOSTENS, INC., | |
| Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 27th day of June, 2017.

_____
Donald W. Molloy, District Judge
United States District Court